MIDDLE GEORGIA INTERURBAN RAILWAY COMPANY *v.* KILBY LOCOMOTIVE AND MACHINE WORKS *et al.*

LUMPKIN, J. Under the pleadings and evidence, there was no abuse of discretion in granting the injunction prayed for, on condition that the plaintiff should give a bond to pay the defendant such amount as the latter might recover against the former, and refusing the injunction if such bond should not be given.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 10, 1915.

Petition for injunction. Before Judge Daniel. Butts superior court. October 31, 1914.

*C. L. Redman* and *Holbrook & Corbett,* for plaintiff.
*W. E. Watkins,* for defendants.